

| | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

| | |
|---|---|
| Defendant: | **Symphony Talent, LLC** |
| Bankruptcy Case: | **CR Holding Liquidating, Inc.** |
| Preference Period: | **Nov 5, 2018 - Feb 3, 2019** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Charlotte Russe, Inc. and Charlotte Russe Administration, Inc. | Charlotte Russe Administration, Inc. | 469867 | $26,220.29 | 12/20/2018 | CI-08991 | 11/9/2018 | $26,220.29 |
| **Totals:** | | **1 transfer(s),** | **$26,220.29** | | | | |